# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

146729 & (9)(14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

AARON DAVID MITCHELL,
　　　　Defendant-Appellant.

SC: 146729
COA: 314455
Kent CC: 88-044714-FC

_____/

On order of the Court, the application for leave to appeal the February 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for appointment of counsel and the motion to remand are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



h0722

Clerk